IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| DAMROW AND DAMROW, a general partnership, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIRST NATIONAL BANK OF HOLDREGE, ) <br> KENNETH SLOMINSKY, ERIC TITUS, ) <br> RONALD STERR, TIM WIEBE, JEANETTE ) <br> HARDEN, KIRK RILEY, MARK UTTER, ) <br> and DOUGLAS SCOTT LATTER, ) <br> ) <br> Defendants. ) | CASE NO. 4:05-CV-3043 <br><br><br> **ORDER** |

THIS MATTER is before the Court on the Joint Motion to Continue Planning Conference of the Plaintiff and Defendants seeking to continue, until 120 days after Defendants' file their Answers in this action, the Planning Conference that is currently scheduled for telephonic hearing by the Court on July 12, 2005.  The Court being fully advised in the premises finds that the Parties' Joint Motion to Continue Planning Conference should be granted.

IT IS ORDERED that the motion, filing 32, is granted and the Planning Conference that is currently scheduled for telephonic hearing by the Court on July 12, 2005, shall be continued until 120 days after Defendants file their Answers in this action.

SO ORDERED.

DATED this 9th day of June, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge