IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAMROW AND DAMROW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3043 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF | ) | ORDER |
| HOLDREGE, KENNETH SLOMINSKY, | ) | |
| ERIC TITUS, RONALD STERR, TIM | ) | |
| WIEBE, JEANETTE HARDEN, KIRK | ) | |
| RILEY, MARK UTTER and DOUGLAS | ) | |
| SCOTT LATTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 34, is granted and the deadline for plaintiff to file an amended complaint is extended to July 15, 2005.

DATED June 30, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge